FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★MAY 27 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN MARTIN, also known as
    "John-John" and "Little John,"
JERROD MARTIN, also known as
    "Porky,"
WILLIAM BRADLEY, also known as
    "Q,"
CHRISTOPHER BRADLEY,
DERRICK BRADLEY, also known as
    "Step,"
JERRY BRADLEY, also known as
    "Pudge,"
JERMAINE STROMAN, also known as
    "Wee-Wee,"
JAMEL WILLIAMS, also known as
    "Trouble,"
BRANDON WASHINGTON, also known as
    "Beezo,"
HITIYA MCCLINTON,
TREVOR JONES, also known as
    "Hands,"
ANDREW HALL,
MICKELA SMOKE, also known as
    "Kela,"
LENORA GIBBS, also known as
    "1," and
KELVIN MATTHEWS,

         Defendants.

- - - - - - - - - - - - - - - -X

O R D E R

03 CR 795(S-1)(DGT)

      Upon the application of ROSLYNN R. MAUSKOPF, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Alphonzo Grant, it is hereby

ORDERED that the above-referenced Superseding Indictment issued

under seal in this matter in the Eastern District of New York, be

unsealed as to the above-referenced defendants.

Dated:      Brooklyn, New York
            May 27, 2005

                              s/Roanne L. Mann

                              UNITED STATES MAGISTRATE JUDGE
                              EASTERN DISTRICT OF NEW YORK